NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TEC, INC.,**
*Plaintiff-Appellee,*

v.

**VITA-MIX CORPORATION,**
*Defendant-Appellant.*

---

2011-1244, -1484

---

Appeals from the United States District Court for the District of Utah in case no. 06-CV-0108, Judge Tena Campbell.

---

## ON MOTION

---

## ORDER

Upon consideration of K-TEC, Inc.'s unopposed motion to lift the stay of the briefing schedule and to set July 26, 2011 as the due date for Vita-Mix Corporation's opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 1 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Brett L. Foster, Esq.
     Alan L. Briggs, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 1 8 2011**

**JAN HORBALY**
**CLERK**